[This opinion has been published in *Ohio Official Reports* at 78 Ohio St.3d 1.]

HOLSTEIN, APPELLEE, *v*. REGISTRAR, OHIO BUREAU OF MOTOR VEHICLES, APPELLANT.

[Cite as *Holstein v. Ohio Bur. of Motor Vehicles*, 1997-Ohio-248.]

*Motor vehicles—Driving while intoxicated—Establishing valid consent or refusal to take breath-alcohol-concentration test in context of administrative license suspension—Notice requirement of R.C. 4511.191(C) is satisfied by reading to arrestee the language of R.C. 4511.191(C)(2)(b) as set forth on the top portion of BMV Form 2255.*

(Nos. 95-2317 and 95-2547—Submitted February 19, 1997—Decided March 5, 1997.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 95APC03-366.

———————————

*Hunter, Samuels & Breckenridge* and *Donald O. Breckenridge*, for appellee.

*Ronald J. O'Brien*, City Attorney, *David M. Buchman*, City Prosecutor, and *Brenda J. Keltner*, Assistant City Prosecutor, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Bryan v. Hudson* (1997), 77 Ohio St.3d 376, ___ N.E.2d ___.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., not participating.

———————————